# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00822-CV

**Robert Goepp, Applicant for Guardian of the Person and Estate of Iraida Goepp, Appellant**

**v.**

**Debbie Pearson as Guardian of the Person of Iraida Goepp; John Crane as Guardian of the Estate of Iraida Goepp; Myra Goepp, and Heidi Goepp-Schurman, Appellees**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
### NO. C-1-PB-11-001181, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Robert Goepp has filed an unopposed motion to dismiss this appeal. We grant Goepp's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   June 7, 2013